**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Joseph<br>First name<br><br>Perry<br>Middle name<br><br>Joiner<br>Last name and Suffix (Sr., Jr., II, III) | Krista<br>First name<br><br>Marie<br>Middle name<br><br>Joiner<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2440 | xxx-xx-5481 |

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 1

Debtor 1   Joseph Perry Joiner
Debtor 2   Krista Marie Joiner                                                                  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | 12730 Duncourtney Lane<br>Charlotte, NC 28277<br>Number, Street, City, State & ZIP Code<br><br>Mecklenburg<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 2

Debtor 1  Joseph Perry Joiner
Debtor 2  Krista Marie Joiner                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  Joseph Perry Joiner
Debtor 2  Krista Marie Joiner                                   Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1  Joseph Perry Joiner
Debtor 2  Krista Marie Joiner                           Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Joseph Perry Joiner
Debtor 2   Krista Marie Joiner                                                  Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**
- ☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Joseph Perry Joiner                                  /s/ Krista Marie Joiner
Joseph Perry Joiner                                       Krista Marie Joiner
Signature of Debtor 1                                     Signature of Debtor 2

Executed on    April 23, 2025                            Executed on    April 23, 2025
               MM / DD / YYYY                                            MM / DD / YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

Debtor 1  Joseph Perry Joiner
Debtor 2  Krista Marie Joiner                                              Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ John C. Woodman                                 Date    April 23, 2025
Signature of Attorney for Debtor                            MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone  (704) -37-7-43x00            Email address   jwoodman@essexrichards.com

42365 NC
Bar number & State

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 7

# United States Bankruptcy Court
## Western District of North Carolina

In re: Joseph Perry Joiner, Krista Marie Joiner, Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: April 23, 2025

/s/ Joseph Perry Joiner
Joseph Perry Joiner
Signature of Debtor

Date: April 23, 2025

/s/ Krista Marie Joiner
Krista Marie Joiner
Signature of Debtor

Joiner, Joseph P. AND Joiner, Krista M.

John C. Woodman
1701 South Blvd.
Charlotte, NC 28203

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

City-County Tax Collector
P O Box 31637
Charlotte, NC 28231

N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202

ADM
21167 Lago Bello Lane
Friant, CA 93626

AGOLS
c/o Perry Joiner
12730 Duncourtney Lane
Charlotte, NC 28277

Alan B. Powell
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261

Ally
500 Woodward Ave., Floor 10
Detroit, MI 48226

American Carrier Transport
1300 Penn Ave., Ste. 100
Pittsburgh, PA 15222

AMEX
P.O. Box 96001
Los Angeles, CA 90096-8000

Auxilior Capital Partners
620 West Germantown Pike, Ste. 450
Plymouth Meeting, PA 19462

```
Ballantyne Emergency Physicians
777 Lowndes Hill Rd., Bldg. 1
Greenville, SC 29607


Barnhardt
9251 W. Main St.
North East, PA 16428


BMO
3925 Fountains Blvd., NE
Cedar Rapids, IA 52411


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065


Charlotte Radiology
700 E. Morehead St., Ste. 300
Charlotte, NC 28202


Chasewater Group, LLC
c/o Perry Joiner
12730 Duncourtney Lane
Charlotte, NC 28277


Chasewater Industries, LLC
c/o Perry Joiner
12730 Duncourtney Lane
Charlotte, NC 28277


Chasewater Logistics, LLC
c/o Perry Joiner
12730 Duncourtney Lane
Charlotte, NC 28277


Consolidated Chassis Management, LLC
100 Enterprise Drive, Ste. 601
Rockaway, NJ 07866


COSCO
15600 JFK Blvd., Ste. 400
Houston, TX 77032


DCLI
3525 Whitehall Park Dr.
Charlotte, NC 28273


Eton Autoparts
3395 Hwy. 411 North
P.O. Box 362
Eton, GA 30724
```

Flexivan
7320 E. Butherus Dr.
Scottsdale, AZ 85260

Freedom Express
203 Fort Wade Rd., Ste. 320
Ponte Vedra Beach, FL 32081

Imperial PFS
1055 Broadway, 11th Floor
Kansas City, MO 64105

Internal Revenue Service
P.O. Box 249
Memphis, TN 38101

IOS 8105 Cleckler, LLC
1776 Peachtree St., NW, Ste. 220S
Atlanta, GA 30309

Joseph Perry Joiner
12730 Duncourtney Lane
Charlotte, NC 28277

Krista Marie Joiner
12730 Duncourtney Lane
Charlotte, NC 28277

LabCorp
P.O. Box 2240
Burlington, NC 27216

Lightning Transport
16820 C Blake Road
Hagerstown, MD 21740

Metro Trailer Leasing
1255 S. River Industrial Blvd.
Atlanta, GA 30315

Michael B. Stein
6230 Fairview Road, Ste. 315
Charlotte, NC 28210

Midland States Bank
5403 Olympic Dr., Ste. 200
Gig Harbor, WA 98335-1853

MSC
700 Watermark Blvd.
Mount Pleasant, SC 29464

Myles Wrecker Service
192 Swanson Drive
Lawrenceville, GA 30043

```
NACPC
828 Royal Pkwy. #112
Nashville, TN 37214


NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640


NEB Doctors of NC
301 N. Main St., #2308
Winston Salem, NC 27101


Nelnet
P.O. Box 82561
Lincoln, NE 68501-2561


North Carolina Department of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


North Carolina DMV
6016 Brookshire Blvd.
Charlotte, NC 28216


Novant Health
P.O. Box 8471
Coral Springs, FL 33075


OneMain Holdings, Inc.
601 NW Second Street
Evansville, IN 47708-1013


Paccar
2501 S. State Hwy. 121 #800
Lewisville, TX 75067


Pilot Flying J
5508 Lonas Drive
Knoxville, TN 37909


Pinnacle Bank
3980 Premier Drive, Ste. 210
High Point, NC 27265


Pinnacle Bank / SPA
3980 Premier Drive, Ste. 210
High Point, NC 27265


PSI Security
2028 S. Cobb Dr., SE
Marietta, GA 30060


RMIS
1444 S. Entertainment Ave., Ste. 110
Boise, ID 83709
```

```
Savannah Logistics Group
5250 Old Louisville Rd., Blg. 26
Pooler, GA 31322


SEI Acquisition
781 Far Hills Dr., Ste. 300
New Freedom, PA 17349


SMB Logistics
2823 Reflection Lane
Ooltewah, TN 37363-4868


TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


Tandem/Pawnee
3801 Automation Way #207
Fort Collins, CO 80525


Team One Logistics
960 North Point Pkwy., Ste. 300
Alpharetta, GA 30005


Textile Rubber & Chemical
1300 Tiarco Dr.
Dalton, GA 30720


The Skin Surgery Center
P.O. Box 734763
Dallas, TX 75373


TRAC
750 College Road East
Princeton, NJ 08540


Triumph
12700 Park Central Drive, Ste. 1700
Dallas, TX 75251


Truist Bank
P.O. Box 27767
Richmond, VA 23261-7767


Wells Fargo / SBA
11601 N. Black Canyon Hwy.
S3826-02H FL 02
Phoenix, AZ 85029


Wells Fargo Card
P.O. Box 10311
Des Moines, IA 50306-0311


Wells Fargo Corp Card
P.O. Box 29482
Phoenix, AZ 85038-8650
```

```
Wisetech
211 East Ocean Blvd., Ste. 420
Long Beach, CA 90802


Zachary W. Green
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261
```